UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ANTHONY SANTIAGO,

        Plaintiff,
v.

PEACOCK'S 17, LLC,
LEE J. GARIPOLI,

        Defendants.
_____/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, ANTHONY SANTIAGO ("Santiago"), brings this action against Defendants, PEACOCK'S 17, LLC ("Peacock") and LEE J. GARIPOLI ("Garipoli"), and alleges as follows:

1. This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§ 201-219 ("FLSA"). Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Santiago was a resident of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Peacock was a Florida corporation that regularly transacted business in Broward County, Florida.

4. Garipoli is an FLSA employer as defined in 29 U.S.C. § 203(d), is an owner and/or manager of Peacock, ran the day-to-day operations and had operational control over Peacock, and was directly involved in decisions affecting duties, employee compensation, and hours worked by employees, such as Santiago.

5. Peacock's business involves hair salon operations.

6. Defendants have employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce including but not limited to computers, phones, pens, and paper.

7. Upon information and belief, Peacock's 17, LLC's gross sales or business done was in excess of $500,000 per year at all times material hereto.

8. Peacock was an enterprise engaged in commerce or the production of goods for commerce and is covered by the FLSA at all times material hereto.

9. At all times material hereto, Santiago engaged in interstate communication on a regular and recurrent basis including but not limited to phone and text messaging with customers in located outside Florida an average of once per week.

10. Santiago engaged in interstate commerce on a regular and recurring basis and is individually covered by the FLSA.

11. Santiago operates two other hair salons, MANKIND, INC. and MANKIND CG LLC, and shares employees and supplies between Peacock, MANKIND, INC., and MANKIND CG LLC.

12. Peacock, MANKIND, INC., and MANKIND CG LLC are a single enterprise under the FLSA, performed related activites through unified operation and common control for a common business purpose, engaged along with their employees in interstate commerce, and upon information and belief have combined annual gross sales and/or business volume of $500,000 or more.

13. Santiago worked for Defendants as a barber.

14. Defendants failed to pay Santiago's full and proper minimum wages.

15. Defendants failed to pay Santiago's full and proper overtime wages.

16. Defendants regularly paid Santiago late.

17. Defendants knowingly and willfully refused to pay Santiago's legally-entitled wages.

18. Attached as **Exhibit A** is a preliminary calculation of Santiago's claims. These amounts may change as Santiago engages in the discovery process.

19. Santiago retained the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF THE FAIR LABOR STANDARDS ACT
## AGAINST ALL DEFENDANTS

20. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-19 above as if set forth herein in full.

21. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages including but not limited to liquidated damages for wages paid late pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

22. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
800 East Cypress Creek Road Suite 421
Fort Lauderdale, Florida 33334
Tel:   (786) 924-9929
Fax:   (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791