UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-62272-Dimitrouleas/Augustin-Birch

ANTHONY MORELL SANTIAGO,

    Plaintiff,

v.

PEACOCK'S 17, LLC, and
LEE J. GARIPOLI,

    Defendants.
_____/

**ORDER APPROVING REPORT OF MAGISTRATE JUDGE; OVERRULING OBJECTIONS; GRANTING PLAINTIFF'S MOTION FOR BILL OF COSTS; GRANTING IN PART PLAINTIFF'S VERIFIED MOTION FOR ATTORNEYS' FEES**

THIS CAUSE is before the Court upon Plaintiff Anthony Santiago ("Plaintiff")'s Motion for Bill of Costs [DE 51]; Plaintiff's Verified Motion for Attorney's Fees [DE 54]; the January 29, 2024 Report and Recommendation of Magistrate Judge Augustin-Birch, recommending that Plaintiff be awarded $724.90 in costs and $43,800 in attorney's fees [DE 62]; Defendants Peacock's 17, LLC and Lee J. Garipoli (collectively "Defendants")'s Objection to Report and Recommendation [DE 63]; and Plaintiff's Objections to Report and Recommendation [DE 64]. The Court has carefully considered these filings, the entire docket, and is otherwise fully advised in the premises.

A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc*., 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be

sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784 (citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; see also 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1).

Accordingly, the Court has undertaken a *de novo* review of the record and both sides' Objections to the Magistrate Judge's Report and Recommendation [DE's 63, 64]. Defendants do not object to the recommended hourly rate of $375 per hour for Plaintiff's counsel, but they object to 7.5 hours of attorney work for trial preparation – drafting a joint pretrial stipulation, witness and exhibit lists, jury instructions and preparing trial exhibits – as they never saw these documents and the work was allegedly not timely performed, if it was performed at all. Plaintiff objects to the recommended hourly rate of $375 per hour for Plaintiff's counsel, arguing that counsel is more appropriately awarded $400 per hour. Plaintiff also objects to the recommended reduction of 13.3 hours of meetings between Plaintiff and his counsel for the purpose of responding to Defendants' summary judgment motion, in light of Plaintiff's counsel being adequately compensated for over 30 hours of work at the summary judgment stage.

Having carefully considered the Defendants' Objections and Plaintiff's Objections, the Court overrules the Objections. The Court agrees with the Magistrate's analysis and conclusion that a reasonable hourly rate for Plaintiff's counsel's work in this case is $375 per hour and that that 116.8 hours adequately compensates Plaintiff's counsel for the hours reasonably spent for attorney work in this case. *See* [DE 62].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 62] is hereby **APPROVED**;

2. Defendants' Objection to Report and Recommendation [DE 63] and Plaintiff's Objections to Report and Recommendation [DE 64] are hereby **OVERRULED**;

3. Plaintiff's Motion for Bill of Costs [DE 51] is hereby **GRANTED**;

4. Plaintiff's Verified Motion for Attorney's Fees [DE 54] is hereby **GRANTED IN PART**;

5. Plaintiff is hereby awarded $724.90 in costs and $43,800 in attorney's fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of February, 2024.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record